IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| RADNOR HOLDINGS CORPORATION,) | Bk. No. 06-10894 (PJW) |
| et al., ) | |
| ) | |
| Debtors. ) | |
| _____) | |
| MICHAEL T. KENNEDY, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 13-1398-SLR |
| ) | |
| SKADDEN, ARPS, SLATE, MEAGHER ) | |
| & FLOM, LLP, ) | |
| ) | |
| Appellee. ) | |

**ORDER**

At Wilmington this 28th day of August, 2013, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **September 30, 2013.**

2. Appellee's brief in opposition to the appeal is due on or before **October 30, 2013.**

3. Appellant's reply brief is due on or before **November 14, 2013.**

                                                                          _____
                                                                          United States District Judge